

FILED
HARRISBURG, PA
MAR 29 2017

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:17-cr-92 |
| | ) | |
| v. | ) | (JUDGE Jones) |
| | ) | |
| EDWARD HARRIS | ) | |

## INDICTMENT

## COUNT 1
(Felon in Possession of a Firearm)

**THE GRAND JURY CHARGES:**

In or about October 2015, in the Middle District of Pennsylvania and elsewhere, the defendant,

**EDWARD HARRIS,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, that is, an Israel UZI submachine gun with a partially obliterated serial number, a magazine with thirty-one (31) Winchester 9mm cartridges, fifty (50) PMC 9mm caliber full metal jacket ammunition, forty-four (44) .38 caliber ammunition, thirty-two (32) Winchester 9mm cartridges, that were all manufactured outside the Commonwealth of Pennsylvania, and therefore had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 2
### (Possession of a Machine Gun)

**THE GRAND JURY FURTHER CHARGES:**

In or about October 2015, in the Middle District of Pennsylvania and elsewhere, the defendant,

## EDWARD HARRIS

did knowingly possess a machinegun, that is, that is, an Israel UZI submachine gun with a partially obliterated serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3
## (Possession of an Unregistered Firearm)

**THE GRAND JURY FURTHER CHARGES:**

In or about October 2015, in the Middle District of Pennsylvania and elsewhere, the defendant,

**EDWARD HARRIS,**

knowingly possessed a firearm, an Israel UZI submachine gun with a partially obliterated serial number, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 4
### (Transfer of a Firearm in Violation of NFA)

**THE GRAND JURY FURTHER CHARGES:**

In or about October 2015, in the Middle District of Pennsylvania and elsewhere, the defendant,

**EDWARD HARRIS**

knowingly and unlawfully transferred a firearm, an Israel UZI submachine gun with a partially obliterated serial number, as defined in Title 26, United States Code, Section 5845(b), that is, a "machinegun" to another person.

All in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871.

A TRUE BILL

~~[signature redacted]~~
FOREPERSON, GRAND JURY

29-MAR-2017
DATE


BRUCE D. BRANDLER
UNITED STATES ATTORNEY

*Meredith Taylor*
BY: MEREDITH A. TAYLOR
    ASSISTANT U.S. ATTORNEY