AUGUST 2019 TRIAL LIST
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Case Name | Criminal or Civil No. |
|---|---|
| USA v Edward Harris | 17cr92 |
| USA v. Jose Roldan-Quinones | 17cr222 |
| USA v. David Serrano-Munoz | 17cr233 |
| USA v. Timothy Ray Wright | 17cr404 |
| USA v. Gamarius Jones | 18cr145 |
| USA v. William Nieves | 18cr258 |
| USA v. Oscar Esquibel Dominguez | 18cr347 |
| USA v. Kenell Chisholm | 18cr350(1) |
| USA v. Kayla Gillis | 18cr350(2) |
| USA v. Melvin Mable | 19cr17 |
| USA v. Daniel Credle | 19cr34(1) |
| USA v. Teyvon Barnes | 19cr34(2) |
| USA v. Mario Peralta-Lopez | 19cr118 |
| USA v. Victor Corado-Castillo | 19cr184 |
| USA v. Fidel Ruiz-Arrendondo | 19cr185 |
| USA v. Daquan Seabrook | 19cr191 |
| USA v. Donald Jackson | 19cr194 |

**ORDER**
July 2, 2019

TABLE OF CONTENTS

¶1    Trial List

¶2    Juries

¶3    Order of Trials

¶4    Notice of Start of Each Trial

¶5    Progress of the List

¶6.1  Points for Charge

¶6.2  Special Verdict Questions

¶7    Exhibits, Proof of Contents of

  ¶8  Proposed Voir Dire Questions in Criminal Cases

  ¶9  Continuances

  ¶10  Local Rules

  ¶11  Pro Se Parties

  ¶12  Exhibits for JERS

  1. <u>Trial List</u>.  The above cases will comprise the trial list for the **August 2019** session for the undersigned judge.  The list will constitute a trailing docket.

  2. <u>Juries</u>.  Juries will be drawn in the above order beginning at 9:30 a.m. on **August 5, 2019** for those cases on the list which are to be tried to a jury. If a case is to be tried to a summary jury, simultaneously with or immediately following selection of the regular jury in that case, a summary jury will also be selected for that case.  Counsel in each case shall take notes of the jurors' biographies as they are given in prior cases so that no juror will be required to give his or her biography in open court more than twice on a given jury drawing date.  No attorney or party shall personally or through an investigator or other person directly or indirectly interview, question or examine any juror during the pendency of the trial or with respect to deliberations or verdict of the jury except with leave of court upon good cause shown.

  3. <u>Order of Trials</u>.  Criminal cases will be tried first.   Thereafter, the civil cases will be tried in the above order without distinction as between jury and non-jury cases.

  4. <u>Notice of Start of Each Trial</u>.  The deputy clerk shall call to advise one attorney on each side, in each case, of the commencement of the trial. This will be done with as much notice as possible.

5. <u>Progress of the List</u>.  Each counsel shall have the responsibility of communicating with this Court's Deputy Clerk to ascertain the progress of the cases on the list so that he or she will be ready when called.

6. <u>Points for Charge and Special Verdict Questions.</u>

6.1 <u>Points for Charge</u>.  Points for charge shall be electronically filed,  one to a page, identified by the name of the party and a number, and shall state the best authority for the point.  Only the first page need contain the caption.  In order that the Court will ordinarily have ample time to prepare the charge, **points for charge shall be submitted no later than three (3) business days before trial** and may be supplemented for matters arising during the trial which could not have been reasonably anticipated by the party submitting such supplemental points.  M.D. Pa.  Local Rule 51.1.  The proposed points shall contain the precise language which the Court is requested to use in its charge to the jury.

6.2 <u>Special Verdict Questions.</u>  Each party shall submit proposed special verdict questions no later than three (3) business days before trial.

7. <u>Exhibits, Proof of Contents of</u>.  On the trial commencement day each counsel shall provide the deputy clerk with three (3) pre-marked exhibit binders. One binder shall remain on the witness stand and the other two binders shall be provided for the Judge and law clerk. Pages of exhibits exceeding 2 pages in length shall be numbered unless the exhibits are dated and arranged in a chronological or reverse chronological order.  Normally, immediately after a witness has concluded his testimony the Court will entertain a motion for admission of all exhibits identified for the first time by that witness.

8. <u>Proposed Voir Dire Questions in Criminal Cases.</u>  In all criminal cases, each party shall file proposed voir dire questions no later than seven (7) business days prior to jury

selection. No party shall submit more than twelve (12) proposed voir dire questions without prior leave of Court.

9. <u>Continuance of Trial</u>. A motion for continuance of trial which is not concurred in by opposing counsel shall be electronically filed at least two weeks before the date set for the start of jury selection unless the reason for the motion for continuance subsequently arises.

10. <u>Local Rules</u>. The Local Rules were most recently revised effective December 1, 2012. A copy of the current Local Rules may be obtained from the Clerk of the Court or online at <u>www.pamd.uscourts.gov</u>.

11. <u>Pro Se Parties</u>. Any party who is not represented by counsel shall have all the duties which would normally be placed upon his or her counsel by the Local Rules, this order, and other orders of this Court.

12. <u>Exhibits for JERS</u>. Each counsel shall submit to the Court all exhibits in PDF format on a disc **no later than five (5) business days prior to jury selection**. Each exhibit shall be its own PDF document within the disc.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge